IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| VS. | NO. 3: 06-CR-41 (CAR) |
| FRANKLIN WISE, | VIOLATION(S): DRUG RELATED |
| Defendant | |

## ORDER ON MOTION OF RANDALL DENNIS RUSSELL TO WITHDRAW AS COUNSEL FOR DEFENDANT FRANKLIN WISE

RANDALL DENNIS RUSSELL, attorney of record for defendant **FRANKLIN WISE** by appointment of the court, has requested that the court permit him to withdraw as counsel for said defendant, showing that he has been called to active duty in the United States Naval Reserve.

Accordingly, upon consideration of his request to withdraw and for good cause shown, the same is **GRANTED**. RANDALL DENNIS RUSSELL is hereby relieved of any further responsibility in the representation of defendant FRANKLIN WISE. Replacement counsel will be provided to defendant Wise.

SO ORDERED, this 14th day of FEBRUARY, 2007.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE